

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Dennis Rayner and Joe Tex Xpress, Inc.,
Appellants

No. 06-15-00009-CV          v.

Krista Dillon, Appellee

Appeal from the 62nd District Court of Hopkins County, Texas (Tr. Ct. No. CV40921). Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Burgess participating. Concurring Opinion by Justice Burgess. Dissenting Opinion by Justice Moseley.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellants, Dennis Rayner and Joe Tex Xpress, Inc., pay all costs of this appeal.

RENDERED JULY 13, 2016
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk